## BOYD *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 103, September Term, 1957.]

*Decided March 21, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

HENDERSON, J., delivered the opinion of the Court.

Petitioner was convicted in the Circuit Court for Charles
County on the second count of a larceny indictment, and
sentenced to five years, later reduced to two years, in the
House of Correction. He contends that he was prejudiced
by the fact that the trial judge charged the grand jury that
they should investigate and put a stop to the many cases of
breaking and entering occurring in Charles County. If we
assume, without deciding, that the point could be raised on
*habeas corpus,* we find no prejudice. The petitioner did not
ask a jury trial, but was tried by the court without a jury.
He was represented by counsel, and did not take an appeal,
although he obtained a reduction in sentence on motion for
new trial. Further contentions that he was innocent of the
charge, that the proof did not show larceny, and that he was
convicted on his past record, are also without merit. Cf.
*Ford v. Warden,* 214 Md. 649, 652, and *Roberts v. Warden,*
211 Md. 639, 641.

*Application denied, with costs.*